# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| City of Florence, South Carolina,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3M Company,<br><br>　　　　Defendant. | Case No. 4:25-cv-04692-JDA |
| City of Union, South Carolina<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3M Company,<br><br>　　　　Defendant. | Case No. 7:25-cv-04657-JDA |
| Gaffney Board of Public Works,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3M Company,<br><br>　　　　Defendant. | Case No. 7:25-cv-04668-JDA |
| Laurens County Water and Sewer Commission,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>3M Company,<br><br>　　　　Defendant. | Case No. 6:25-cv-04676-JDA |
| Grand Strand Water and Sewer Authority,<br><br>　v.<br><br>3M Company,<br><br>　　　　Defendant. | Case No. 4:25-cv-04678-JDA |
| South Carolina Public Service Authority, | Case No. 2:25-cv-04679-JDA |

|                                      |                              |
|--------------------------------------|------------------------------|
| Plaintiff,                           |                              |
| v.                                   |                              |
| 3M Company,                          |                              |
| Defendant.                           |                              |
| Woodruff-Roebuck Water District,     | Case No. 7:25-cv-04682-JDA   |
| Plaintiff,                           |                              |
| v.                                   |                              |
| 3M Company,                          |                              |
| Defendant.                           |                              |

### DEFENDANT'S SUPPLEMENT TO MOTION TO TRANSFER

Defendant 3M Company ("3M") hereby supplements Defendant's Motion to Transfer efiled on July 30, 2025, as ECF No. 12 as follows:

> 3M's Motion to Transfer did not contain an affirmation pursuant to Local Civil Rule 7.02 (D.S.C.). Counsel has conferred and confirmed that Plaintiffs oppose 3M's Motion to Transfer.

Respectfully submitted,

s/ Brian C. Duffy
Brian C. Duffy (Fed ID No. 9491)
DUFFY & YOUNG, LLC
96 Broad Street
Charleston, SC 29401
(843) 720-2044
(843) 720-2047
bduffy@duffyandyoung.com

*Counsel for Defendant 3M Company*

July 30, 2025
Charleston, South Carolina

2